# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147160-1

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PATRICK RAY,
           Plaintiff-Appellant,

v

LOWEN REAL ESTATE, L.L.C., and LOWEN
CLINIC, d/b/a STOLLER CLINIC,
           Defendants,
and

BOTSFORD GENERAL HOSPITAL,
           Defendant-Appellee.

SC: 147160-1
COA: 305403, 309436
Oakland CC: 2011-118459-NO

_____/

On order of the Court, the application for leave to appeal the April 18, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



t0826

Clerk